UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JAMES ARTHUR CLAMPITT, | ) | Case No. 11-2011-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| ASHLEY COBB, ET. AL., | ) | **Adversary No. 11-2010-659** |
| | ) | |
| | ) | |
| Plaintiffs, | ) | **PUBLISHED** |
| | ) | |
| -v- | ) | |
| | ) | |
| JAMES ARTHUR CLAMPITT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is the Complaint to Determine Dischargeability of a Particular Debt Pursuant to 11U.S.C. § 523. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint is **DENIED** and judgment is entered in favor of Defendant James Arthur Clampitt in that any debt owed by Defendant to Plaintiffs for the wrongful death of Richard Cobb is dischargeable in this bankruptcy case; and this is the final judgment and Order of this Bankruptcy Court in this case.

                                                                KATHY A. SURRATT-STATES
                                                                Chief United States Bankruptcy Judge

DATED: October 15, 2013
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Scott L. Kolker
7730 Carondelete, Suite 310
St. Louis, MO 63105

Fredrich J. Cruse
The Cruse Law Firm
718 Broadway
PO Box 914
Hannibal, MO 63401-0914

Howard S. Smotkin
Stone, Leyton & Gershman
A Professional Corporation
7733 Forsyth Boulevard, Suite 500
St. Louis, MO 63105

James Arthur Clampitt
PO Box 987
Mexico, MO 65265